```
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LOUISIANA

                                         FILED  MAR 14 2000

                                         LORETTA G. WHYTE
                                              CLERK
```

CALL DOCKET

                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

    IT IS ORDERED that the following cases will be called on Wednesday, April 26, 2000, at 10:00 a.m., before Judge Martin Feldman. Failure of counsel to report the status thereof or in the absence of good cause shown why the case should remain on the docket it will be **DISMISSED.**


99-3021 Douglas Bell    vs.    Dyn Marine Services, et al.
   atty: John Munoz
ORDERED
00-4    Algiers Homestead    vs. Paramount Software Association
   atty: Mark Mercante
ORDERED
00-182  USA    vs.    Yvette Franklin
   atty: Eneid Francis
ORDERED
00-202  USA    vs.    David Wemphen
   atty: Eneid Francis
ORDERED
00-225  Scottsdale Insruance Co.    Vs. Scott Jones, et al.
   atty: Mark Ross
ORDERED
00-305  Boston Old Colony Insurance vs. Bean Horizon Corp.
   atty: Scott Wheaton
ORDERED
00-392  Mae Etta McDonald vs. Cosco Shipping, et al.
   atty: Glenn Leiberman
ORDERED


                    _____
                    Steve Hill,   Section "F"


                                    Fee_____
                                    Process___
                                    X  Dktd___
                                    ___CtRmDep__
                                    Doc.No.__2__