

USA NO. 1999Z00791

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0202 |
| DAVID WEMPHEN | * | SECTION: "F" (1) |

\* \* \*

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against David Wemphen due to his failure to plead or otherwise defend as set forth below.

1. On March 15, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY

APR 2 5 2000

Accordingly, a default should be entered against David Wemphen due to his failure to plead or otherwise defend.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0202 |
| **DAVID WEMPHEN** | * | SECTION: "F" (1) |
| | * * * | |

### ORDER

IT IS HEREBY ORDERED that a default be entered against David Wemphen due to his failure to plead or otherwise defend.

New Orleans, Louisiana, this 24th day of April, 2000.

_____
LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

by _____