CLERK'S OFFICE
A TRUE COPY
APR 25 2000
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-~~0202~~ |
| DAVID WEMPHEN | * | SECTION: "F" (1) |

\* \* \*

## J U D G M E N T

Defendant, David Wemphen, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against David Wemphen according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against David Wemphen in the sum of $5,265.57, interest accruing on $2,833.71 at the rate of 8 percent per annum or the daily rate of $0.62 from October 11, 1999, to date of judgment; interest accruing on $1,580.71 at the rate established annually by the U.S. Department of Education pursuant to 20 U.S.C. § 1077a from October 11, 1999, to date of judgment; interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this 24th day of April, 2000.

LORETTA G. WHYTE

CLERK, UNITED STATES DISTRICT COURT

By _____

DATE OF ENTRY
APR 2 5 2000

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.